

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00438-CR

Roy Edward **HODGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5364
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 15, 2013.

Catherine Stone, Chief Justice